**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
**Susan Karlovich, Esq. (SK 9485)**
**200 Campus Drive, 4th floor**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0808;  Fax: (973) 624-0808**
*Attorneys for Defendants Durham School Services, L.P.*
*And Holding II, L.L.C., Durham*

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTINE MULLER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>DURHAM SCHOOL SERVICES, L.P., d/b/a MURPHY TRANSPORTATION, DURHAM SCHOOL SERVICES and VOGEL BUS COMPANY; and HOLDING II, L.L.C., DURHAM,<br><br>  Defendants. | Civil Action No.: 3:20-cv-05813-MAS-LHG<br><br>**CIVIL ACTION**<br><br>**NOTICE OF MOTION** |

TO:   Bharati O. Sharma, Esq.
      Andrew R. Wolf, Esq.
      The Wolf La Firm, LLC
      1520 U.S. 130 – Suite 101
      North Brunswick, NJ  08902
      *Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on Monday, August 17, 2020, at 9:00 o'clock, a.m., in the forenoon or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants, Durham School Services, L.P., and Holding II, L.L.C., Durham, will move before the United States District Court for the District of New Jersey for an Order dismissing the above-captioned, Class Action Complaint with prejudice for failure to state a claim pursuant to F.R.C.P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of the within application, Defendants shall rely on the attached Brief and Certification of Stephen Schmuck with Exhibits. A proposed form of Order is also submitted herein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to R. 1:6-2(d), the undersigned,

\_\_\_\_   Waives oral argument and consents to disposition on the papers.

\_\_\_\_   Requests oral argument only if opposed.

 X    Requests oral argument.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Attorneys for Defendants Durham School Services, L.P., and Holding II, L.L.C., Durham

By: */s/ Susan Karlovich* (SK 9485)
      Susan Karlovich, Esq.

Dated: July 13, 2020

2983312v.1