**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUSTINE MULLER, on behalf of herself and others similarly situated | : :<br>: Civil Action No. 3:20 cv-05813-MAS-LHG |
| Plaintiff, | : : |
| v. | : : |
| DURHAM SCHOOL SERVICES, L.P., d/b/a MURPHY TRANSPORTATION, DURHAM SCHOOL SERVICES and VOGEL BUS COMPANY; and HOLDING II, L.L.C., DURHAM, | : : : : : |
| Defendants. | : : |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, Plaintiff Justine Muller filed a Class Action Complaint alleging violations of the the New Jersey Consumer Fraud Act, breach of contract, unjust enrichment, and conversion, on behalf of herself and all others similarly situated against Defendants Durham School Services, L.P and Holding II, L.L.C, on May 12, 2020 in the United States District Court, Civil Action No. 3:20-cv-05813.

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint with Prejudice of this action to the United States District Court for the District of New Jersey on July 13, 2020;

WHEREAS, in Defendants' Motion to Dismiss the Complaint, Defendants alleged and provided evidence that this Court lacks jurisdiction under the Class Action Fairness Act, 28 U.S.C. §1332;

WHEREAS, Defendants have served neither an answer nor a motion for summary judgment;

WHEREAS, a class has not been certified in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Class Action Complaint without prejudice.

DATED: July 24, 2020

THE WOLF LAW FIRM, LLC

*s/Bharati O. Sharma*
Bharati O. Sharma
1520 US Highway 130, Suite 101
North Brunswick, NJ 08902
TEL – (732) 545-7900
FAX – (732) 545-1030
*Attorneys for Plaintiff Justine Mulller*

**So Ordered this 30th day of July, 2020.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**